UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CINDY VARGAS                                              JURY TRIAL DEMANDED

v.                                                        CASE NO. 3:09CV

LINDNER & ASSOCIATES PC

## **COMPLAINT**

1. This is an action for damages, costs and attorney's fees brought pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. This Court has jurisdiction. 15 U.S.C. §1692k and 28 U.S.C. §1331.

3. Plaintiff is an individual who resides in Connecticut.

4. Plaintiff is a consumer within the meaning of the FDCPA.

5. Defendant is a debt collector within the meaning of the FDCPA.

6. Plaintiff received a letter from defendant February 2009.

7. Defendant's letter identified Bank of America, N.A. as plaintiff's creditor.

8. Bank of America, N.A. did not have any right title or interest in any account of plaintiff.

9. The representation as to the creditor was false, deceptive or misleading.

10. Defendant's letter demanded a balance that was not due or owing.

11. Defendant did not review any underlying documents verifying the existence of the account, the ownership of the account, or the balance due before beginning collection efforts.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide, including injunctive relief.

            THE PLAINTIFF

            BY___/s/ Joanne S. Faulkner__
            JOANNE S. FAULKNER ct04137
               123 Avon Street
               New Haven, CT 06511-2422
               (203) 772-0395
               faulknerlawoffice@snet.net